# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## 3:16CR314-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff** ) | |
| ) | ORDER |
| ) | |
| FRANK WOOD THOMAS ) | |
| ) | |
| Defendant ) | |

This **MATTER** is before the Court on its own motion to administratively close the case as to **FRANK WOOD THOMAS**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: October 2, 2017

Frank D. Whitney
Chief United States District Judge