# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:16cr314 |
| V. | ORDER |
| FRANK WOOD THOMAS | |

This MATTER is before the Court on Defendant's Motion to Correct Clerical Error Pursuant to Federal Rule of Criminal Procedure 36 (Doc#44). Defendant is out of the BOP and Supervised Release.

The defendant is out of protective custody of the Federal Bureau of Prisons. Therefore, IT IS ORDERED, that the Defendant's Motion is **DENIED AS MOOT.**

IT IS FURTHER ORDERED that the Defendant's Motion is Moot..

IT IS SO ORDERED.

Signed: July 13, 2023

Frank D. Whitney
United States District Judge